01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )  CASE NO. MJ 19-318
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )  DETENTION ORDER
11  JONATHAN HARVEY JACK,              )
                                       )
12          Defendant.                 )
    _____)

13

14  <u>Offense charged</u>:        Domestic Assault by a Habitual Offender

15  <u>Date of Detention Hearing</u>:    July 18, 2019.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant was not interviewed by Pretrial Services, so his background

22  information is unknown or unverified.   Information was acquired from the Presentence Report

DETENTION ORDER
PAGE -1

01 filed under docket CR11-194 and a criminal records check.   Defendant has a lengthy criminal

02 record and substantial substance abuse and mental health problems.   He has a history of

03 supervised release noncompliance and a pattern of assaultive criminal history.   Defendant does

04 not have a viable release plan at this time and does not contest entry of an order of detention.

05     2.    Defendant poses a risk of nonappearance based on lack of background

06 information, criminal history, mental health history and substance abuse history.   Defendant

07 poses a risk of danger based criminal history and on the nature and circumstances of the offense.

08     3.    There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

13    General for confinement in a correction facility separate, to the extent practicable, from

14    persons awaiting or serving sentences or being held in custody pending appeal;

15 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16 3. On order of the United States or on request of an attorney for the Government, the person

17    in charge of the corrections facility in which defendant is confined shall deliver the

18    defendant to a United States Marshal for the purpose of an appearance in connection with a

19    court proceeding; and

20 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21    the defendant, to the United States Marshal, and to the United State Probation Services

22    Officer.

DETENTION ORDER
PAGE -2

DATED this <u>18th</u> day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge