The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN HARVEY JACK, <br><br> Defendant. | CASE NO. 2:19-cr-00145-RSL <br><br> [Proposed] ORDER EXTENDING DATES FOR FILING RESPONSE AND REPLY BRIEF TO THE MOTION TO DISMISS SUPERSEDING INDICTMENT (Dkt. 21) |

The matter coming before this Court based on the stipulation of the Parties to address the briefing schedule for the Defendant's Motion to Dismiss Superseding Indictment (Dkt. 21), this Court hereby finds and ORDERS:

1. That the date by which the government should file and serve an Answer in accordance with Rule Local Criminal Rule 12 of the Rules Governing Pleadings and Pretrial Motions in United States District Courts should be extended until on or before September 11, 2019, and that the government will endeavor to file the Response before that date if possible.

Order Extending Dates to Respond to
Motion to Dismiss Superseding Indictment - 1
2:19-cr-00145-RSL
*United States v. Jack*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Counsel for the Defendant-Petitioner shall file its optional reply on or before September 13, 2019.

SO ORDERED this 5th day of September, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/Charlene Koski*
CHARLENE KOSKI
Assistant United States Attorney

Order Extending Dates to Respond to
Motion to Dismiss Superseding Indictment - 2
2:19-cr-00145-RSL
*United States v. Jack*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970