The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HARVEY JACK<br><br>Defendant. | NO. CR19-145-RSL<br><br>ORDER DISMISSING SUPERSEDING INDICTMENT WITHOUT PREJUDICE, TERMINATING DETENTION AND STRIKING DEFENDANT'S MOTION TO DISMISS |

This matter having come before the Court on the government's Unopposed Motion to Dismiss the Superseding Indictment Without Prejudice, brought pursuant to Fed. R. Crim. Proc. 48(a), the Court having considered the motion and the records and files herein,

It is hereby ordered as follows: The Superseding Indictment against Defendant Jonathan Harvey Jack is dismissed without prejudice; the Court's orders of detention (Docket Nos. 8, 12, and 17), and the terms and conditions contained therein, are

///
///
///

*U.S. v. Jonathan Harvey Jack* / CR19-145-RSL
Order Dismissing Superseding Indictment Without Prejudice - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

terminated; and Defendant's Motion to Dismiss Superseding Indictment Based on Government's Failure to State an Offense (Docket No. 21) is stricken as moot.

DATED this 12th day of September, 2019.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

U.S. v. Jonathan Harvey Jack / CR19-145-RSL
Order Dismissing Superseding Indictment Without Prejudice - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970